# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

CASE NO.:

MARCO VERCH,

    Plaintiff,

v.

GRAYCO PROPERTIES, LLC

    Defendants.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
## (INJUNCTIVE RELIEF DEMANDED)

Plaintiff MARCO VERCH by and through his undersigned counsel, brings this Complaint against Defendant GRAYCO PROPERTIES, LLC for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff MARCO VERCH ("Verch") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Verch's original copyrighted Work of authorship, and violations under the Digital Millennium Copyright Act, 17 U.S.C. § 1202.

2. Verch is a photographer from Cologne, Germany. He has been working on his photography for many years, and enjoys taking pictures of scenery from his travels, sporting events, food, flowers, cars, drones and more. He also takes photos for advertisements and fundraising campaigns.

3. Defendant GRAYCO PROPERTIES, LLC ("GrayCo") is a premier real estate investment firm with an operating platform throughout the Southeastern United States. At all

times relevant herein, GrayCo owned and operated the Canyon Ridge Apartments at 3868 Central Pike, Hermitage, Tennessee, 37076. At all times relevant herein, GrayCo owned and operated the Facebook page for the Canyon Ridge Apartments located at the URL https://www.facebook.com/CanyonRidgeApartments (the "Website").

4. Verch alleges that GrayCo copied Verch's copyrighted Work from the internet in order to advertise, market and promote its business activities. GrayCo committed the violations alleged in connection with its business for purposes of advertising and promoting services to the public in the course and scope of GrayCo's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Tennessee as it regularly conducts business here through its ownership and operation of the Canyon Ridge Apartments in Hermitage, Tennessee..

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant GrayCo engaged in infringement in this district, and Defendant GrayCo is subject to personal jurisdiction in this district through its business dealings here.

## DEFENDANT

9. GrayCo Properties, LLC is a Virginia Limited Liability Company which is registered with the Tennessee Secretary of State to do business in the State of Tennessee, with its principal place of business at 1700 Bayberry Court, Suite 300, Richmond, VA 23226-3791.

GrayCo can be served by serving its Registered Agent, C T CORPORATION SYSTEM at 300 Montvue Road, Knoxville, TN 37919-5546.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2018, non-party Jernej Furman created the photographic work entitled "Join us," which is shown below and referred to herein as the "Work".



11. Pursuant to a 2017 agreement between Mr. Furman and Verch, the rights to the Work vested initially in Verch, and at all times relevant herein Verch was the copyright owner of the Work.

12. Verch registered the Work with the Register of Copyrights on February 24, 2020, and was assigned the registration number VA 2-198-139. The Certificate of Registration is attached hereto as **Exhibit 1**.

13. Verch published the Work on August 8, 2018, by displaying it on his Flickr page at https://www.flickr.com/photos/30478819@N08/42112432460/ (the "Flickr Page"). At the time he published the Work on the Flickr Page and at all times thereafter, Verch offered usage rights to the public through the Creative Commons CC BY 2.0 license (the "CC License"), which allowed the public to share and adapt the Work provided that appropriate attribution was

3
**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

made, including appropriate credit to Verch, a link to the license, and a statement of whether any changes were made to the Work.[1]

14. Verch's display of the Work on the Flickr Page also included copyright management information ("CMI") next to the Work in the form of Verch's name, copyright notice, and the link to the licensing terms (the "Attributions").

15. Verch's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets. The Work in perspective, orientation, positioning, lighting and other details is entirely original, distinctive, and unique. As such, the Work qualifies as subject matter protectable under the Copyright Act.

## INFRINGEMENT BY DEFENDANT

16. GrayCo has never been licensed to use the Work at issue in this action for any purpose without the conditional attribution requirements of the CC License.

17. In May 2020, GrayCo accessed the Work, reproduced a copy of the Work on the Website, and displayed the Work publicly on the Website as shown in part here:



---

[1] https://creativecommons.org/licenses/by/2.0/legalcode

18. GrayCo did not include any of the attributions required by the CC License to display the Work on the Website, and did not include any of the Attributions appearing on the Flickr Page. Through GrayCo's display of the Work, no connection to Verch or the Flickr Page remained with the Work.

19. GrayCo copied Verch's copyright protected work without his permission.

20. On or about June 2, 2020, Verch discovered the unauthorized display of the Work on the Website, as shown in **Exhibit 2**.

21. GrayCo copied Verch's copyrighted Work without providing any of the attributions or information that were conditional to public use of the Work, despite being on actual notice that such attributions were required for public display of the Work.

22. GrayCo copied and distributed Verch's copyrighted Work in connection with their business for purposes of advertising and promoting that business, and in the course and scope of advertising and selling GrayCo's products and services.

23. Verch never gave GrayCo permission or authority to copy, distribute or display the Work at issue in this case without the attributions conditionally required by the CC License.

24. GrayCo committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

25. When GrayCo copied and displayed the Work, it removed Verch's copyright management information from the Work by removing all of the Attributions Verch included with the Work on the Flickr Page.

26. Verch never gave GrayCo permission or authority to remove copyright management information from the Work.

## COUNT I
## COPYRIGHT INFRINGEMENT

27. Verch incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

28. Verch owns a valid copyright in the Work at issue in this case.

29. Verch registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

30. GrayCo copied, displayed, and distributed the Work at issue in this case without Verch's authorization in violation of 17 U.S.C. § 501.

31. GrayCo performed the acts alleged in the course and scope of its business activities.

32. Prior to its infringing use, GrayCo had actual notice that it was not authorized to use the Work on the Website without the required attributions.

33. GrayCo's acts were willful.

34. Verch has been damaged.

35. The harm caused to Verch has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

36. Verch incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

37. The Work at issue in this case contains copyright management information ("CMI") in the form of the Attributions on the Flickr Page.

38. GrayCo knowingly and with the intent to enable, conceal, or facilitate copyright infringement, displayed the Work on the Website without any of the Attributions in violation of 17 U.S.C. § 1202(b).

39. GrayCo distributed the Work to Facebook knowing that the CMI had been removed or altered without authority of the copyright owner or the law.

40. GrayCo committed these acts knowing or having reasonable grounds to know that it would induce, enable, facilitate or conceal infringement of Verch's rights in the Work.

41. GrayCo caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it would induce, enable, facilitate or conceal infringement of Verch's rights in the Work at issue in this action protected under the Copyright Act.

42. Verch has been damaged.

43. The harm caused to Verch has been irreparable.

WHEREFORE, Plaintiff Marco Verch prays for judgment against Defendant GrayCo Properties, LLC that:

    a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501 and 1203;

    b. Defendant be required to pay Plaintiff his actual damages and GrayCo's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504 and 1203;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre- and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: June 2, 2023                    Respectfully submitted,

*/s/ Evan A. Andersen*
EVAN A. ANDERSEN
Georgia Bar Number: 377422
Evan.andersen@sriplaw.com
JOEL B. ROTHMAN
joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
3372 Peachtree Road
Suite 115
Atlanta, GA 30326
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Marco Verch*